## Commonwealth to use, Appellant, *v.* Scranton.

*Public officers—Bonds—Commissions on liquor license fees—County treasurer—Actions.*

No suit can be brought by a city in the name of the commonwealth to the city's use, on a bond given by a county treasurer for the protection of the commonwealth, where the object of the suit is to recover from the county treasurer commissions on liquor license fees, which are the property of the city.

Argued Feb. 21, 1906. Appeal, No. 24, Jan. T., 1906, by plaintiff, from judgment of C. P. Lackawanna Co., Jan. T., 1905, No. 17, on case tried by the court without a jury in suit of Commonwealth to use of City of Scranton v. Joseph A. Scranton and Fidelity and Deposit Company of Maryland. Before MITCHELL, C. J., MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

Assumpsit on a bond. Before EDWARDS, P. J.
The facts are stated in the opinion of the Supreme Court.
The case was tried by the court without a jury.

*Error assigned* was in entering judgment for defendant.

*I. H. Burns*, with him *David J. Davis*, city solicitor, and *H. R. Van Deusen*, assistant city solicitor, for appellant.

*Samuel B. Price*, for appellee.

OPINION BY MR. JUSTICE ELKIN, April 9, 1906:
Joseph A. Scranton, one of the defendants in this case, served as treasurer of the county of Lackawanna for the years 1901, 1902 and 1903. This action is brought to recover from him certain moneys retained as commissions for the collection of liquor license moneys during his term of office. The action is brought not on the bond given to the county, but on the general bond to the commonwealth. For the reasons given in the case of Commonwealth v. Schadt et al., ante, p. 592, there can be no recovery in this case.
Judgment affirmed.